UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

§
§
§
§
§

## ORDER REGARDING WACO DIVISION DOCKET

It is hereby **ORDERED** that the cases attached at Appendix A are to be **REFERRED** to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**SIGNED** this 17th day of November, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| | |
|---|---|
| 6-25-cv-00245 | Arzumanian v. Warden, Limestone County Detention Center |
| 6-25-cv-00454 | Rojas-Marcelo v. Noem et al |
| 6-25-cv-00463 | Robles Garmendia v. Noem et al |
| 6-25-cv-00503 | Vara Sanchez vs Johnson et al |
| 6-25-cv-00505 | Rebelo v. Bradford et al |